## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**BOBBIE BROWN**                                                                                          **PLAINTIFF**

**V.**                                           **No. 2:07CV00123-BD**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                                                     **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 25th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE